IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES BOYD | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3:11-CV-2357-D |
| | § | |
| TONY MOORE | § | |
| | § | |
| Respondent. | § | |

## ORDER

After conducting a review of the pleadings, files, and records in this case, and the findings and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby adopted as the findings of the court.

**SO ORDERED**.

October 24, 2011.

SIDNEY A. FITZWATER
CHIEF JUDGE